1  Patrick K. Hanly (SBN 128521)

2  980 9th Street, 16th Floor
   Sacramento, California 95814
3  Telephone: (916) 773-2211
   Facsimile: (916) 773-8303
4
   Attorney for Defendant
5  Thomas Bouffard

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS BOUFFARD,<br><br>    Defendant. | Case No: 2:08-cr-00484 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: 4-30-09**<br>**Time: 9:00 a.m.**<br>**Courtroom: Honorable MORRISON C. ENGLAND JR.** |

Defendant Thomas Bouffard through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Samantha S. Spangler, agree and stipulate that the current status conference set for April 30, 2009, in the above case shall be re-scheduled for May 21, 2009 at 9:00 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161(h) (8) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, May 21, 2009, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

| | |
|---|---|
| Dated: April 22, 2009 | /s/ Patrick K. Hanly<br>ATTORNEY FOR DEFENDANT |
| Dated: April 22, 2009 | UNITED STATES ATTORNEY<br><br>By: /s/ Patrick K. Hanly<br>Assistant United States Attorney |

**ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order, including the basis for excludable time.

**IT IS SO ORDERED**.

DATED: April 30, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE