1    Patrick K. Hanly (SBN 128521)

2    980 9th Street, 16th Floor
     Sacramento, California 95814
3    Telephone: (916) 773-2211
     Facsimile: (916) 773-8303
4
     Attorney for Defendant
5    Thomas Bouffard

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,             )   Case No: 08-cr-00484 MCE
                                           )
12            Plaintiff,                    )   **STIPULATION AND ORDER CONTINUING**
                                           )   **STATUS CONFERENCE AND  EXCLUDING**
13   vs.                                    )   **TIME UNDER THE SPEEDY TRIAL ACT**
                                           )
14                                         )   **Date: 6-11-09**
     Thomas Bouffard,                       )   **Time: 9:00 a.m.**
15                                         )   **Courtroom: Honorable MORRISON C.**
                                           )   **ENGLAND JR.**
16            Defendant.                     )
                                           )
17   _____        )

18

19          Defendant Thomas Bouffard through his counsel of record, Patrick K. Hanly, Esq., and plaintiff

20   United States of America, through its counsel, Assistant United States Attorney Samantha S. Spangler,

21   agree and stipulate that the current status conference set for June 11, 2009, in the above case shall be re-

22   scheduled for July 2, 2009 at 9:00 a.m.

23          The parties further agree and stipulate that under 18 U.S.C. §3161(h) (8) (B) (iv), and Local

24   Code T4, time from the date of this stipulation shall be excluded from computation of time within which

25   the trial of this matter must be commenced under the Speedy Trial Act until and including July 2, 2009,

26   for counsel preparation time and to permit the parties to further investigate, review and complete the

27   exchange of discovery, and prepare the case for further proceedings.

28

Stipulation & Order Continuing Status Conference

1  Dated: June 9, 2009                    /s/  Patrick K. Hanly
                                               ATTORNEY FOR DEFENDANT
2

3  Dated: June 9, 2009                    UNITED STATES ATTORNEY

4                                          By: /s/  Patrick K. Hanly  for
                                               Samantha S. Spangler
5                                              Assistant United States Attorney

6

7                              **ORDER**

8        Based on the stipulation of the parties and good cause appearing there from, the Court hereby

9  finds that the failure to grant a continuance in this case would deny both counsel reasonable time

10 necessary for effective preparation, taking into account the exercise of due diligence.  The Court

11 specifically finds that the ends of justice served by the granting of such continuance outweigh the

12 interests of the public and the defendant in a speedy trial

13       Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the

14 stipulation of the parties in its entirety as its Order.

15       IT IS SO ORDERED.

16 DATED: June 11, 2009

17       _____
                                          MORRISON C. ENGLAND, JR
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

-2-

Stipulation & Order Continuing Status Conference