LAW OFFICE OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Thomas Bouffard

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  CR S 08-484 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER RESCHEDULING |
| | ) DEFENDANT'S SELF-SURRENDER DATE |
| vs. | ) |
| | ) Date: N/A |
| THOMAS BOUFFARD | ) Time: N/A |
| | ) Courtroom: Honorable MORRISON C. |
| Defendant. | ) ENGLAND JR. United States District |
| | ) Court Judge |

Defendant Thomas Bouffard, through his counsel of record, Patrick K. Hanly, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samantha Spangler, agree and stipulate that the time for defendant to self-surrender to begin serving his prison sentence may be extended from May 21, 2010 to June 21, 2010 to allow the defendant to recover from recent spinal surgery before beginning his prison sentence.  Accordingly, the parties

///

///

///

1  Stipulate and agree that defendant need not report to Lompoc FCI until
2  June 21, 2010.
3
4  Dated: May 14, 2010           LAW OFFICES OF PATRICK K. HANLY
5                                By:  /s/ <u>PATRICK K. HANLY</u>
                                          PATRICK K. HANLY
6                                         Attorney for Defendant
                                          Thomas Bouffard
7
8
9  Dated: May  14, 2010           UNITED STATES ATTORNEY

10                                By: /s/  <u>Samantha Spangler</u>
                                          Assistant United States Attorney
11
12
                                    **ORDER**
13
      Based on the stipulation of the parties and good cause appearing
14
   therefrom, the Court hereby vacates the previous date of May 21, 2010,
15
   for defendant to report to FCI Lompoc to begin serving his sentence
16
   and sets a new date of June 21, 2010 for defendant to self-surrender
17
   to authorities at FCI Lompoc to begin serving his prison sentence.
18
       **IT IS SO ORDERED**.
19
20 Dated: May 18, 2010
21
22
23
24
25
26
27
28

-