BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-cr-484 MCE |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |
| v. | |
| THOMAS ALLAN BOUFFARD, | |
| Defendant. | AMENDED |

Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was ordered to report to the Bureau of Prisons on May 21, 2010.  In May 2010, that deadline was extended to June 21, 2010, by stipulation entered between Assistant U.S. Attorney Samantha S. Spangler and Mr. Bouffard's then attorney, Patrick K. Hanly, and an order issued by this Court.  Although Mr. Hanly had requested a longer extension of time, Ms. Spangler declined to accord more than a month until she received some verification both of the condition and the resulting surgery and the prognosis for recovery.
///

On June 14, 2010, Mr. Bouffard notified Ms. Spangler that he had terminated his attorney-client relationship with Mr. Hanly and requested a six-month extension of time on his deadline to report to the Bureau of Prisons to begin serving his sentence.  Mr. Bouffard explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to work with his Kaiser Permanente doctors toward that goal.  He supplied verification in the form of a letter from the surgeon, an appointment slip to see the surgeon, and a letter from his primary care physician.  The letters indicate Mr. Bouffard is on disability and the one from the primary care physician indicates that will continue at least through September 16, 2010.

Ms. Spangler is willing to allow Mr. Bouffard a three-month extension of his deadline to report to the Bureau of Prisons.  As that deadline approaches, Mr. Bouffard should have a clearer picture of his prognosis.  If he indeed needs additional time for his recovery, he may contact Ms. Spangler again.

## Stipulation

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to September 21, 2010, by 2:00 p.m.

Date:  June 15, 2010				BENJAMIN B. WAGNER
						United States Attorney


					by:    /s
						SAMANTHA S. SPANGLER
						Assistant U.S. Attorney

Date:  June 14, 2010                    /s_____
                                        THOMAS ALLAN BOUFFARD
                                        Defendant


### Order

Good cause appearing therefor, the same is hereby ordered.


Dated: June 22, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

```
BENJAMIN B. WAGNER
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS ALLAN BOUFFARD,<br><br>　　　　　Defendant. | CASE NO.  2:08-cr-484 MCE<br><br>CERTIFICATE OF SERVICE BY MAIL |

　　　The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

　　　on <u>June 15, 2010</u>, she served a copy of the attached:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE**

by placing said copy in an envelope addressed to the person hereinafter named, at the address stated below, which is the last known address of said person and by placing it in the United States mail.

Thomas Allan Bouffard
518 Spring Lane
Vacaville, CA  95688

Date:  June 15, 2010

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　/s
　　　　　　　　　　　　　　　　　　　　Samantha S. Spangler
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

4