BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS ALLAN BOUFFARD,<br><br>      Defendant. | Case No.  2:08-cr-00484-MCE<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |

Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, and again to September 21, 2010.

Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to work with his Kaiser Permanente Neurosurgeon between September and December.  He supplied verification in the form of a letter from the surgeon.  The letter indicates Mr.
///

1  Bouffard is unable to work or report for his prison sentence during
2  that time frame.
3      Ms. Spangler is willing to allow Mr. Bouffard an extension of
4  his deadline to report to the Bureau of Prisons until January 21,
5  2011.  As that deadline approaches, Mr. Bouffard should have a
6  clearer picture of his prognosis.  If he needs additional time for
7  his recovery, he may contact Ms. Spangler again.

## Stipulation

9      The parties hereby stipulate that the deadline for Mr. Bouffard
10 to report to the Bureau of Prisons to begin serving his five-month
11 term of incarceration may be extended to January 21, 2011, by 2:00
12 p.m.

13 Date:   September 20, 2010           BENJAMIN B. WAGNER
                                        United States Attorney

                                   by:    /s/ Samantha S. Spangler
15                                      SAMANTHA S. SPANGLER
                                        Assistant U.S. Attorney

17 Date:   September 20, 2010             /s  Thomas Allan Bouffard
                                        THOMAS ALLAN BOUFFARD
18                                      Defendant

## Order

20     Good cause appearing therefor, the same is hereby ordered.

 Dated: September 27, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2

```
BENJAMIN B. WAGNER
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-484 MCE |
| Plaintiff, | CERTIFICATE OF SERVICE BY MAIL |
| v. | |
| THOMAS ALLAN BOUFFARD, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

on <u>September 20, 2010</u>, she served a copy of the attached:

**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE**

by placing said copy in an envelope addressed to the person hereinafter named, at the address stated below, which is the last known address of said person and by placing it in the United States mail.

Thomas Allan Bouffard
518 Spring Lane
Vacaville, CA  95688

Date:  September 20, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                        By:   /s/ Samantha S. Spangler
                              Samantha S. Spangler
                              Assistant U.S. Attorney