BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS ALLAN BOUFFARD,<br><br>　　　　Defendant. | Case No.  2:08-cr-00484-MCE<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |

Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, and again to January 21, 2011.

Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to work with his Kaiser Permanente Neurosurgeon and his primary care physician between January 21 and May.  He supplied verification in the form of a letter from the surgeon.

///

1

1  The letter indicates Mr. Bouffard is unable to work or report for
2  his prison sentence during that time frame.
3      Ms. Spangler is willing to allow Mr. Bouffard an extension of
4  his deadline to report to the Bureau of Prisons until May 21, 2011.
5  As that deadline approaches, Mr. Bouffard should have a clearer
6  picture of his prognosis.  If he needs additional time for his
7  recovery, he may contact Ms. Spangler again.

## Stipulation

9     The parties hereby stipulate that the deadline for Mr. Bouffard
10 to report to the Bureau of Prisons to begin serving his five-month
11 term of incarceration may be extended to May 21, 2011, by 2:00 p.m.

12 Date:  February ____, 2011          BENJAMIN B. WAGNER
                                       United States Attorney

                                   by:  /s/ Samantha S. Spangler
14                                      SAMANTHA S. SPANGLER
                                        Assistant U.S. Attorney

16 Date:  February ____, 2011           /s/ Thomas Allan Bouffard
                                        THOMAS ALLAN BOUFFARD
17                                      Defendant

## Order

19    Good cause appearing therefor, the same is hereby ordered.

20  Dated: February 8, 2011

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

```
BENJAMIN B. WAGNER
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS ALLAN BOUFFARD, )<br>)<br>            Defendant. )<br>)<br>_____ ) | CASE NO.  2:08-cr-484 MCE<br><br>CERTIFICATE OF SERVICE BY MAIL |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

on February **, 2011, she served a copy of the attached:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE**

by placing said copy in an envelope addressed to the person hereinafter named, at the address stated below, which is the last known address of said person and by placing it in the United States mail.

```
Thomas Allan Bouffard
518 Spring Lane
Vacaville, CA  95688
```

Date:  February **, 2011

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


                              By:    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney
```

3