BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>THOMAS ALLAN BOUFFARD,<br><br>            Defendant. | Case No.  2:08-cr-00484 MCE<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |

## Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, to January 21, 2011, and again to May 21, 2011.

Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to continue to work with his Kaiser Permanente Neurosurgeon, his primary care physician, and other specialty providers between May and August.

1

He supplied verification in the form of a letter from his primary care physician dated May 4, 2011.  The letter indicates Mr. Bouffard still needs to meet with his doctors, has had "significant medical issues", and it may take several weeks to set up all the appointments he needs, so he needs an extension of his report date.

Ms. Spangler is willing to allow Mr. Bouffard an extension of his deadline to report to the Bureau of Prisons until August 22, 2011.  As that deadline approaches, Mr. Bouffard should have a clearer picture of his prognosis.  If he needs additional time for his recovery, he may contact Ms. Spangler again.

<u>Stipulation</u>

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to August 22, 2011, by 2:00 p.m.

Date:  May 13, 2011                BENJAMIN B. WAGNER
                                   United States Attorney

                            by:    /s/ Samantha S. Spangler
                                   SAMANTHA S. SPANGLER
                                   Assistant U.S. Attorney

Date:  May 10, 2011                /s/ Thomas Allan Bouffard
                                   THOMAS ALLAN BOUFFARD
                                   Defendant

<u>Order</u>

Good cause appearing therefor, the same is hereby ordered.

Dated: May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE