BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS ALLAN BOUFFARD, <br><br> Defendant. | Case No.  2:08-cr-00484 MCE <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |

Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, to January 21, 2011, to May 21, 2011, and again to August 22, 2011.

Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to continue to work with his Kaiser Permanente Neurosurgeon, his primary care physician, and other specialty providers between August and approximately October.

1

He supplied verification in the form of a letter from his primary care physician dated August 5, 2011, which indicates the defendant continues to complain of significant neck pain following his anterior cervical diskectomy and fusion at C4-5 and C5-6 with spinal cord decompression on April 22, 2010.  It also indicates he has mild degenerative disease in that area.  The letter also indicates Mr. Bouffard is required to undergo an MRI, after which he needs to meet with his doctors, in particular the Physical Medicine and Rehabilitation Department, to determine the efficacy of epidural spinal injections, after which he will return to visit his neurologist following the completion of these studies.

Ms. Spangler is willing to allow Mr. Bouffard an extension of his deadline to report to the Bureau of Prisons until October 21, 2011.  As that deadline approaches, Mr. Bouffard should have a clearer picture of his prognosis.  If he needs additional time for his recovery or meeting with his doctors, he may contact Ms. Spangler again.  However, Ms. Spangler anticipates that if he is able to undergo epidural spinal injections, he should be able to meet the new deadline.

## Stipulation

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to October 21, 2011, by 2:00 p.m.  If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's

///

///

///

Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Date:  August 18, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                by:   /s/ Samantha S. Spangler
                                      SAMANTHA S. SPANGLER
                                      Assistant U.S. Attorney

Date:  August 18, 2011                /s/ Thomas Allan Bouffard
                                      THOMAS ALLAN BOUFFARD
                                      Defendant

### Order

Good cause appearing therefor, the same is hereby ordered.

IT IS SO ORDERED.

Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3