BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS ALLAN BOUFFARD,<br><br>　　　　Defendant. | Case No.  2:08-cr-484 MCE<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |

Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, to January 21, 2011, to May 21, 2011, to August 22, 2011, and again to October 21, 2011.

Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to continue to work with his Kaiser Permanente Neurosurgeon, his primary care physician, and other specialty providers between October and approximately January 20, 2012.

1

1  He has supplied verification in the form of a letter from his
2  neurosurgeon on October 21, 2011, which is dated October 17, 2011,
3  and is attached hereto as Exhibit 1, which indicates the defendant
4  continues to complain of significant neck pain as well as lower
5  thoracic pain following his anterior cervical diskectomy and fusion
6  at C4-5 and C5-6 with spinal cord decompression on April 22, 2010.
7  The letter also indicates Mr. Bouffard has recently undergone an
8  MRI, but he still needs to meet with his doctors and his
9  acupuncturist to try to get his pain under control.
10      Ms. Spangler is willing to allow Mr. Bouffard an extension of
11 his deadline to report to the Bureau of Prisons until January 20,
12 2012.  As that deadline approaches, Mr. Bouffard should have a
13 clearer picture of his prognosis.  If he needs additional time for
14 his recovery or meeting with his doctors, he may contact Ms.
15 Spangler again.  However, Ms. Spangler anticipates that if he is
16 able to undergo epidural spinal injections, he should be able to
17 meet the new deadline.  Ms. Spangler has made sure that Mr. Bouffard
18 understands that he will eventually have to serve his prison
19 sentence, but he wishes to get his pain under better control before
20 he does so.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

## Stipulation

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to January 20, 2012, by 2:00 p.m. If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Date:  October 21, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                           by:   /s/ Samantha S. Spangler
                                 SAMANTHA S. SPANGLER
                                 Assistant U.S. Attorney

Date:  October 21, 2011          /s/ Thomas Allan Bouffard
                                 THOMAS ALLAN BOUFFARD
                                 Defendant

## Order

Good cause appearing therefor, the same is hereby ordered.

Dated: October 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

BENJAMIN B. WAGNER
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:08-cr-484 MCE |
|---|---|
| Plaintiff, | ) CERTIFICATE OF SERVICE BY MAIL |
| v. | ) |
| THOMAS ALLAN BOUFFARD, | ) |
| Defendant. | ) |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

on October 21, 2011, she served a copy of the attached:

**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE**

by placing said copy in an envelope addressed to the person hereinafter named, at the address stated below, which is the last known address of said person and by placing it in the United States mail.

Thomas Allan Bouffard
518 Spring Lane
Vacaville, CA  95688

Date:  October  21 , 2011

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                              By:    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney

4