BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:08-cr-00484-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER EXTENDING |
| | ) | DEFENDANT'S DEADLINE TO REPORT |
| v. | ) | TO BUREAU OF PRISONS TO BEGIN |
| | ) | SERVING PRISON SENTENCE |
| THOMAS ALLAN BOUFFARD, | ) | |
| | ) | |
| Defendant. | ) | |

Introduction

     On October 29, 2009, Defendant Thomas Allan Bouffard was
sentenced to serve a term of imprisonment of 5 months, among other
terms.  The defendant was initially ordered to report to the Bureau
of Prisons on May 21, 2010, extended by stipulation and order to
June 21, 2010, to September 21, 2010, to January 21, 2011, to May
21, 2011, to August 22, 2011, to October 21, 2011, and again to
January 20, 2012.

///

1

Mr. Bouffard has again contacted the prosecutor and explained that he continues to recover from spinal surgery he underwent in April 2010 and needs to continue to work with his Kaiser Permanente Neurosurgeon, his primary care physician, and other specialty providers between January 2012 and approximately April 20, 2012.  He has stated that he continues to experience significant pain in his lumbar spinal region as well as his cervical spine following his anterior cervical diskectomy and fusion at C4-5 and C5-6 with spinal cord decompression on April 22, 2010.  Mr. Bouffard has discussed the results of his recent MRI with his doctors and his acupuncturist to try to get his pain under control.  Although he has undergone an epidural spinal injection, it did not prove successful at managing his pain; he has scheduled a second injection in about two weeks.

Ms. Spangler is willing to allow Mr. Bouffard an extension of his deadline to report to the Bureau of Prisons until April 20, 2012.  As that deadline approaches, Mr. Bouffard should have a clearer picture of his prognosis.  If he needs additional time for his recovery or meeting with his doctors, he may contact Ms. Spangler again.  However, Ms. Spangler anticipates that if he is able to undergo an epidural spinal injection, together with other medication he has discussed with Ms. Spangler, he should be able to meet the new deadline.  Ms. Spangler has made sure that Mr. Bouffard understands that he will eventually have to serve his prison sentence; however, he wishes to get his pain under better control before he does so.  Ms. Spangler has also informed Mr. Bouffard that the Bureau of Prisons has medical facilities, a fact of which he genuinely seems to have been previously unaware.

///

<u>Stipulation</u>

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to April 20, 2012, by 2:00 p.m.  If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Dated:  January 9, 2012        BENJAMIN B. WAGNER
                               United States Attorney


                          by:  <u>/s/ Samantha S. Spangler</u>
                               SAMANTHA S. SPANGLER
                               Assistant U.S. Attorney



Dated:  January <u>5</u>, 2012       <u>/s/ Thomas Allan Bouffard</u>
                               THOMAS ALLAN BOUFFARD
                               Defendant

<u>Order</u>

Good cause appearing therefor, the same is hereby ordered.

Dated: February 8, 2012


                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

3