BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS ALLAN BOUFFARD, <br><br> Defendant. | Case No.  2:08-cr-484 MCE <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO REPORT TO BUREAU OF PRISONS TO BEGIN SERVING PRISON SENTENCE |

## Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, to January 21, 2011, to May 21, 2011, to August 22, 2011, to October 21, 2011, to January 20, 2012, and again to April 20, 2012.

///

///

///

///

1     Mr. Bouffard has again contacted the prosecutor and explained
2 that he continues to recover from spinal surgery he underwent in
3 April 2010 and needs to continue to work with his Kaiser Permanente
4 Neurosurgeon, his primary care physician, and other specialty
5 providers between April 2, 2012, and roughly August 20, 2012.  He
6 has supplied verification in the form of two letters from his
7 neurosurgeon and his urologist on April 2, 2012, which are dated
8 March 28, 2012, and are attached hereto as Exhibits 1 and 2, which
9 indicates the defendant continues to complain of significant neck
10 pain as well as lower thoracic pain following his anterior cervical
11 diskectomy and fusion at C4-5 and C5-6 with spinal cord
12 decompression on April 22, 2010.  The letter from his urologist also
13 indicates Mr. Bouffard has recently begun taking medication for his
14 bladder function, but he still needs to meet with his doctors to try
15 to get his pain and bladder under control.
16     Ms. Spangler is willing to allow Mr. Bouffard an extension of
17 his deadline to report to the Bureau of Prisons until August 20,
18 2012.  As that deadline approaches, Mr. Bouffard should have a
19 clearer picture of his prognosis.  If he needs additional time for
20 his recovery or meeting with his doctors, he may contact Ms.
21 Spangler again.  However, Ms. Spangler anticipates that if he is
22 able to undergo another epidural spinal injection, he should be able
23 to meet the new deadline.  Ms. Spangler has made sure that Mr.
24 Bouffard understands that he will eventually have to serve his
25 prison sentence, but he wishes to get his pain and his bladder under
26 better control before he does so.  He also does not wish to lose
27 kidney function and go onto dialysis.
28 ///

## Stipulation

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to August 20, 2012, by 2:00 p.m.  If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Date:  April 5, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                                  by:   /s/ Samantha S. Spangler
                                        SAMANTHA S. SPANGLER
                                        Assistant U.S. Attorney


Date:  April   3  , 2012                /s/ Thomas Allan Bouffard
                                        THOMAS ALLAN BOUFFARD
                                        Defendant

## Order

Good cause appearing therefor, the same is hereby ordered.

Dated: April 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3