```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:08-cr-00484 MCE |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | STIPULATION AND ORDER EXTENDING |
|   | ) | DEFENDANT'S DEADLINE TO REPORT |
| v. | ) | TO BUREAU OF PRISONS TO BEGIN |
|   | ) | SERVING PRISON SENTENCE |
| THOMAS ALLAN BOUFFARD, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

Introduction

On October 29, 2009, Defendant Thomas Allan Bouffard was sentenced to serve a term of imprisonment of 5 months, among other terms.  The defendant was initially ordered to report to the Bureau of Prisons on May 21, 2010, extended by stipulation and order to June 21, 2010, to September 21, 2010, to January 21, 2011, to May 21, 2011, to August 22, 2011, to October 21, 2011, to January 20, 2012, to April 20, 2012, to August 20, 2012, and again to January 18, 2013.

///

///

///

1

1    Mr. Bouffard has again contacted the prosecutor and explained
2 that he continues to recover from spinal surgery he underwent in
3 April 2010 and needs to continue to work with his Kaiser Permanente
4 Neurosurgeon, his primary care physician, and other specialty
5 providers between January 11, 2013, and roughly June 11, 2013.  He
6 has supplied verification in the form of five documents from his
7 physicians on January 10, 2013, which are dated December 31, 2012,
8 and are attached hereto as Exhibits 1, 2, and 3, which are attached
9 hereto and incorporated by this reference, indicating the defendant
10 continues to complain of significant neck pain as well as lower
11 lumbar pain following his anterior cervical diskectomy and fusion at
12 C4-5 and C5-6 with spinal cord decompression on April 22, 2010.  He
13 is scheduled to undergo surgery on February 8, 2013, when he
14 anticipates relief from some of his paih.  The letter from his
15 urologist also indicates Mr. Bouffard has recently been taking
16 medication for his bladder function.

17    Ms. Spangler is willing to allow Mr. Bouffard an extension of
18 his deadline to report to the Bureau of Prisons until June 11, 2013.
19 As that deadline approaches, Mr. Bouffard should have a clearer
20 picture of his prognosis.  If he needs additional time for his
21 recovery or meeting with his doctors, he may contact Ms. Spangler
22 again (until June 30, 2013).  However, Ms. Spangler anticipates that
23 if he is able to undergo another epidural spinal injection, he
24 should be able to meet the new deadline.  Ms. Spangler has made sure
25 that Mr. Bouffard understands that he will eventually have to serve
26 his prison sentence, but he wishes to get his pain and his bladder
27 under better control before he does so.  He also does not wish to
28 lose kidney function and go onto dialysis.

Stipulation

The parties hereby stipulate that the deadline for Mr. Bouffard to report to the Bureau of Prisons to begin serving his five-month term of incarceration may be extended to June 11, 2013, by 2:00 p.m. If a place of incarceration has not been designated by that deadline, Mr. Bouffard must report to the United States Marshal's Office within the Federal Courthouse, located on the Fifth floor of the Courthouse at 501 I Street, Sacramento, California.

Date: January 16, 2013  
BENJAMIN B. WAGNER  
United States Attorney

by: /s/ Samantha S. Spangler  
SAMANTHA S. SPANGLER  
Assistant U.S. Attorney

/s/ Thomas Allan Bouffard  
THOMAS ALLAN BOUFFARD  
Defendant

Order

Good cause appearing therefor, the same is hereby ordered.

Dated: January 23, 2013

_____  
MORRISON C. ENGLAND, JR., CHIEF JUDGE  
UNITED STATES DISTRICT JUDGE